No. 209, Misc. MITCHELL v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox* for the United States.

No. 212, Misc. ANDERSON v. CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 213, Misc. GALVAN v. HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 214, Misc. ROTOLO v. HALLIBURTON COMPANY. C. A. 5th Cir. Certiorari denied.

No. 215, Misc. SIMMS v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se*. *Carman F. Ball* for respondent.

No. 216, Misc. BRYANT v. FAY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 217, Misc. MITCHELL v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox* for the United States.

No. 218, Misc. BILES v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 220, Misc. IN RE LISS. C. A. 2d Cir. Certiorari denied.

No. 221, Misc. WILLIAMS v. WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied.